UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROHAN RAMCHANDANI,<br><br>            Plaintiffs,<br><br>v.<br><br>CITIGROUP INC., CITICORP and CITIBANK, N.A.<br><br>            Defendants. | No. 1:19-cv-9124 (VM) |

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants Citigroup Inc., Citicorp (now known as Citicorp LLC) and Citibank, N.A. hereby certify as follows: Citigroup Inc. is a publicly held corporation that has no parent corporation and no publicly-held corporation owns 10% or more of Citigroup Inc.'s stock. Citibank, N.A. is a wholly-owned subsidiary of Citicorp LLC, which is a Delaware limited liability company that is wholly-owned by its sole member Citigroup Inc.

Dated: New York, New York
       October 15, 2019

Respectfully submitted,

By: /s/ Marshall H. Fishman

GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018
Tel.: 212.813.8800
Fax: 212.355.3333
mfishman@goodwinlaw.com

*Attorneys for Defendants*