UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROHAN RAMCHANDANI,<br><br>         Plaintiffs,<br><br>v.<br><br>CITIGROUP INC., CITICORP and CITIBANK, N.A.<br><br>         Defendants. | No. 1:19-cv-9124 (VM) |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that William Harrington, an attorney with the law firm of Goodwin Procter LLP, duly admitted to the Bar of this Court, hereby appears as counsel for Defendants Citigroup Inc., Citicorp (now known as Citicorp LLC) and Citibank, N.A., in the above-captioned action and requests that all subsequent papers be served at the address indicated below.

Dated: New York, New York
       April 12, 2021

Respectfully submitted,

By: s/ William Harrington
William Harrington

GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018
Tel.: 212.813.8800
Fax: 212.355.3333
wharrington@goodwinlaw.com

*Attorney for Defendants*