# LAW OFFICE OF GARY GREENBERG, ESQ.

*666 Third Avenue, 10th Floor*
*New York, New York 10017*

*Phone: 212-765-5770*
*E-mail:gg@ggreenberglaw.com*

March 22, 2022

**By ECF**
The Honorable Stewart D. Aaron
United States District Court
for the Southern District of New York
500 Pearl Street, Room 1970
New York, New York  10007

Re:  <u>Rohan Ramchandani v. Citigroup Inc., et al.,</u>
<u>Civil Action No. 1:19-cv-9124 (VM) (SDA)</u>

Dear Judge Aaron:

Plaintiff's counsel believe it would be helpful if the Court had a copy of the accompanying March 21, 2022 letter from AUSA Jeffrey Oestericher to Defendants' counsel concerning their request for DOJ deposition testimony, prior to the conference scheduled for March 23, 2022.

Respectfully submitted,

Gary Greenberg

cc:  Counsel to Defendants (via ECF)
Jeffrey Oestericher, Esq. (via email)