

Samuel J. Rubin
+1 212 813 8852
SRubin@goodwinlaw.com

Goodwin Procter LLP
The New York Times Building
620 Eighth Avenue
New York, NY  10018

goodwinlaw.com
+1 212 813 8800



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __4/11/2022__

March 31, 2022

<u>VIA ECF</u>

Hon. Stewart D. Aaron
United States Magistrate Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

**Re:** *Ramchandani v. Citigroup Inc.*, No. 19 Civ. 9124 (VM)(SDA)

Dear Judge Aaron:

We write on behalf of Defendants Citigroup Inc., Citicorp LLC, and Citibank, N.A. (collectively, "Citi") to request that certain portions of the electronic transcript of the conference held before Your Honor on March 24, 2022 be redacted.  This request is made with the consent of counsel for Plaintiff, Rohan Ramchandani.  As discussed on the record, excerpts of a document that was produced and designated as highly confidential by Citi in accordance with Paragraph 3 of the Protective Order filed on October 20, 2021 (ECF No. 51) were read into the record during the March 24, 2022 conference by Plaintiff's counsel.  In accordance with the Protective Order, we write to request that those excerpts, found at: 11:17-20; 12: 22-23, are redacted from the transcript.

Respectfully submitted,

/s/ <u>Samuel J. Rubin</u>

Samuel J. Rubin

Cc:    David R. Lurie, Esq. (via ECF)
        Gary H. Greenberg, Esq. (via ECF)

Request GRANTED. SO ORDERED.
Dated: April 11, 2022