# EXHIBIT B

Ramchandani – Search Terms
Time Frame: June 1, 2013 to October 2, 2019

- Terms to run against Ramchandani ESI:

    o *All documents with the following terms in the **to, from, or CC fields**:*
        - Citi.com
        - Citi*
        - Cgsh.com
        - Cleary*
        - Feig*
        - jeff.feig@citi.com
        - jeff.feig@gmail.com
        - Ferguson*
        - paul.nicholas.ferguson@citi.com
        - French*
        - jeffrey.french@citi.com
        - DOJ*
        - usdoj.gov
        - Syme*
        - Bughman*
        - Serino*
        - Chu*
        - Fredericks*
        - Martino*
        - Gardiner*
        - MATTGARDINER@bloomberg.net
        - Usher*
        - Ashton*
        - CASHTON5@bloomberg.net
        - RUSHER2@bloomberg.net
        - Allenovery.com

    o *All documents with* (Bloomberg* OR "Wall Street Journal" OR WSJ* OR "New York Times" OR NYT* OR "Financial Time*" OR FT*) *in the **to, from, or CC fields**, AND include* (FX OR "foreign exchange" OR forex* OR "spot market*" OR mafia* OR cartel* OR "dream team" OR (team W/2 dream) OR "bandits club" OR "bandit's club" OR 1:17-cr-00019 OR "17 CR 19" OR Berman* OR Usher* OR Ashton* OR Gardiner*)

- Terms to run against Wilmer custodians [one or more Wilmer custodians sufficient to capture the primary substantive non-privileged external communications with prosecutors and witnesses in the case]

    o *All documents with* (Citi* OR citi.com OR Cleary* OR cgsh.com OR DOJ* OR OR usdoj.gov OR Syme* OR Bughman* OR Serino* OR Chu* OR Fredericks*

OR Martino*) *in the **to, from, or CC fields**, AND include* (Ramchandani* OR Rohan* OR Gardiner* OR Ashton* OR Usher* OR CASHTON5@bloomberg.net OR MATTGARDINER@bloomberg.net OR RUSHER2@bloomberg.net OR chatroom* OR (Bloomberg w/2 chat*) OR mafia* OR cartel* OR "dream team" OR (team W/2 dream) OR "bandits club" OR "bandit's club" OR 1:17-cr-00019 OR "17 CR 19" OR Berman*)

- *All documents with* (Bloomberg* OR "Wall Street Journal" OR WSJ* OR "New York Times" OR NYT* OR "Financial Time*" OR FT*) *in the **to, from, or CC fields**, AND include* (FX* OR "foreign exchange" OR forex* OR "spot market*" OR chatroom* OR (Bloomberg w/2 chat*) OR mafia* OR cartel* OR "dream team" OR (team W/2 dream) OR "bandits club" OR "bandit's club" OR 1:17-cr-00019 OR "17 CR 19" OR Berman* OR Usher* OR Ashton* OR Gardiner* OR Ramchandani* OR Rohan*)

- *All documents with the following terms in the **to, from, or CC fields**:*
    - Jeff* w/1 Feig*
    - jeff.feig@citi.com
    - jeff.feig@gmail.com
    - Paul* w/1 Ferguson*
    - paul.nicholas.ferguson@citi.com
    - French* w/1 Jeff*
    - jeffrey.french@citi.com
    - Allenovery.com
    - Rich* w/1 Albert
    - Maglaw.com