UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Rohan Ramchandani,

                    Plaintiff,

-against-

CitiBank National Association et al.,

                    Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/14/2022

1:19-cv-09124 (VM) (SDA)

ORDER

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

Based upon the Court's careful review of the record, including the letters filed by the parties (ECF Nos. 84 & 86) and the Court's April 26, 2022 Order (ECF No. 78), it is hereby ORDERED, as follows:

1. No later than Thursday, May 19, 2022, at 5:00 p.m., Plaintiff's counsel shall <u>either</u>: (A) send to Defendants' counsel a document-by-document privilege log for WilmerHale's notes and memoranda of in-person or virtual (*i.e.*, via Zoom or other similar platform) meetings with the DOJ ("Option A"); <u>or</u> (B) destroy or return the May 9, 2022 privilege log that Citi produced, pursuant to the Court's April 26, 2022 Order, so that Citi can remove those portions of the log that relate to its outside counsel's notes and memoranda of discussions with the DOJ ("Option B").

2. No later than Thursday, May 19, 2022, at 5:00 p.m., Plaintiff's counsel shall file a letter to the ECF docket certifying which of the two options he chose (*i.e.*, Option A or Option B) and that he has complied with this Order.

3. If Plaintiff's counsel proceeds with Option B, then no later than Friday, May 20, 2022, at 12 noon, Citi shall provide to Plaintiff's counsel a revised privilege log in compliance

with my April 26, 2022 Order (but removing those portions of the log that relate to its outside counsel's notes and memoranda of discussions with the DOJ).

**SO ORDERED.**

Dated:   New York, New York
         May 14, 2022

_____
STEWART D. AARON
United States Magistrate Judge