# LAW OFFICE OF GARY GREENBERG, ESQ.

*666 Third Avenue, 10th Floor*
*New York, New York 10017*

*Phone: 212-765-5770*
*E-mail:gg@ggreenberglaw.com*

May 16, 2022

**By ECF**
The Honorable Stewart D. Aaron
United States District Court
for the Southern District of New York
500 Pearl Street, Room 1970
New York, New York  10007

                            Re:  <u>Rohan Ramchandani v. Citigroup Inc., et al.,</u>
                                   <u>Civil Action No. 1:19-cv-9124 (VM) (SDA)</u>

Dear Judge Aaron:

      The Parties submit this joint letter pursuant to the Court's Order dated April 26, 2022 to propose a revised discovery schedule.  The attorneys for the respective parties met and conferred and propose that the discovery schedule be revised as follows:

1. **Fact Discovery:**  All fact discovery to conclude by July 15, 2022.

2. **Expert Discovery:**

    a. Plaintiff's Expert Report to be served on or before June 30, 2022.
    b. Defendants' Rebuttal Expert Report to be served on or before July 30, 2022.
    c. Expert depositions to commence by August 1, 2022 and to conclude by August 15, 2022.

      The parties reserve the right to seek an adjustment in the schedule in the event that future discovery disputes cause a delay in the completion of deposition testimony.

Law Office of Gary Greenberg, Esq.

The Honorable Stewart D. Aaron
May 16, 2022
Page 2

Respectfully submitted,

| LAW OFFICE OF GARY GREENBERG, ESQ. | GOODWIN PROCTER LLP |
|---|---|
| By: _____/s/ Gary Greenberg_____<br>Gary Greenberg<br>666 Third Avenue, 10th Floor<br>New York, New York 10017<br>Telephone: (212) 765-5770<br>gg@ggreenberglaw.com | By: _____s/_____<br>Marshall H. Fishman<br>Samuel J. Rubin<br>William J. Harrington<br>Lindsay Hoyle<br>The New York Times Building<br>620 Eighth Avenue<br>New York, NY 10018<br>Telephone: (212) 813-8800<br>Facsimile: (212) 355-3333<br>mfishman@goodwinlaw.com<br>srubin@goodwinlaw.com<br>wharrington@goodwinlaw.com<br>lhoyle@goodwinlaw.com |
| LAW OFFICE OF DAVID R. LURIE, PLLC<br>194 President Street<br>Brooklyn, New York 11231<br>Telephone: (347) 651-0194<br>david@davidlurielaw.com | |
| *Counsel for Plaintiff* | *Counsel for Defendants* |