# LAW OFFICE OF DAVID R. LURIE, PLLC

*194 President Street*
*Brooklyn, New York 11231*

Phone: 347-651-0194
E-mail:david@davidlurielaw.com

May 19, 2022

The Honorable Stewart D. Aaron
United States District Court
 for the Southern District of New York
500 Pearl Street, Room 1970
New York, New York  10007

                Re:  <u>Rohan Ramchandani v. Citigroup, Inc., et al.,</u>
                     <u>Civil Action No. 1:19-cv-9124 (VM) (SDA)</u>

Dear Judge Aaron:

      We write, in accordance with this Court's Order of May 14, 2022 (ECF No. 87) to (i) state that Plaintiff elected in favor of "Option A" set forth in the May 14 Order; and (ii) certify that Plaintiff has provided Defendants with a document-by-document privilege log of WilmerHale's notes and memoranda of in-person or virtual meetings with the Department of Justice.

                                  Respectfully submitted,

                                          /s/

                                  David R. Lurie

cc:  Counsel to Defendants (Via ECF)