Confidential
PLAINTIFF'S SELECTION OF FIFTY DOCUMENTS FOR IN CAMERA REVIEW
PURSUANT TO ORDER OF COURT DATED APRIL, 2022
Page 1

SCHEDULE A

PLAINTIFF'S SELECTION OF FIFTY DOCUMENTS FOR IN CAMERA REVIEW
PURSUANT TO ORDER OF COURT DATED APRIL, 2022

**From Defendants' May 9, 2022 Supplemental Privilege Log**

| Total | Def # | Date | Defs' Description | Pl's Note |
|---|---|---|---|---|
| 1 | 3 | 3/6/14 | Communications with in house counsel regarding Citi's strategy for communicating with the press | Public Relations staff present |
| 2 | 9 | 10/30/13 | Communications with in house counsel regarding Citi's strategy for communicating with the press | Public Relations staff present |
| 3 | 10 | 10/15/13 | Communications with in house counsel regarding Citi's strategy for communicating with the press; Communications with in house counsel regarding strategy for communicating with Ramchandani in connection with the FX investigation | Public Relations staff present |
| 4 | 618 | 5/19/15 | Communications between non-lawyers reflecting legal advice and/or made in furtherance of rendering legal advice in connection with Citi's guilty plea in the FX investigation | Non-lawyer communication |
| 5 | 605 | 5/19/15 | Communications between non-lawyers reflecting legal advice and/or made in furtherance of rendering legal advice in connection with Citi's guilty plea in the FX investigation | Non-lawyer communication |
| 6 | 681 | 10/30/13 | Communications between non-lawyers reflecting legal advice and/or in furtherance of rendering legal advice regarding Ramchandani's suspension, termination and/or cancellation of compensation | Non-lawyer communication |
| 7 | 682 | 10/30/13 | Communications between non-lawyers reflecting legal advice and/or in furtherance of rendering legal advice regarding Ramchandani's suspension, termination and/or cancellation of compensation | Non-lawyer communication |
| 8 | 687 | 10/30/13 | Communications with in house counsel regarding Ramchandani's suspension, termination and/or cancellation of compensation; 7. In house commns re press strategy | Press Strategy |
| 9 | 132 | 10/23/18 | Communications between non-lawyers reflecting legal advice and/or in furtherance of rendering legal advice regarding the Department of Justice's FX investigation | Non-lawyer communication |
| 10 | 143 | 10/7/18 | Communications between non-lawyers reflecting legal advice and/or in furtherance of rendering legal advice regarding the Department of Justice's FX investigation | Non-lawyer communication |
| 11 | 147 | 7/21/16 | Communications between non-lawyers reflecting legal advice and/or made in furtherance of rendering legal advice in connection with Citi's strategy for communicating with the press | Non-lawyer communication |
| 12 | 186 | 10/8/18 | Communications between non-lawyers reflecting legal advice and/or in furtherance of rendering legal advice regarding the Department of Justice's FX investigation | Non-lawyer communication |
| 13 | 213 | 3/4/14 | Communications with in house counsel regarding Ramchandani's suspension, termination and/or cancellation of | Talking points memo |

Confidential

PLAINTIFF'S SELECTION OF FIFTY DOCUMENTS FOR IN CAMERA REVIEW
PURSUANT TO ORDER OF COURT DATED APRIL, 2022
Page 2

| Total | Def # | Date | Defs' Description | Pl's Note |
|---|---|---|---|---|
| | | | compensation | |
| 14 | 214 | 10/31/13 | Communications with in house counsel regarding Citi's investigation of Ramchandani's FX trading conduct; Communications with in house counsel regarding Ramchandani's suspension, termination and/or cancellation of Compensation | Unclear from description if privileged or work product |
| 15 | 1089 | 4/23/15 | Redaction of communications with in house counsel regarding Ramchandani's suspension, termination and/or cancellation of compensation | Unclear from description if privileged or work product |
| 16 | 1067 | 10/15/13 | Redaction of communications with in house counsel regarding Citi's strategy for communicating with the press | Public Relations staff present |
| 17 | 1071 | 12/5/13 | Redaction of communications between non-lawyers in furtherance of rendering legal advice regarding Citi's strategy for communicating with the press | Non-lawyer communication |
| 18 | 952 | 11/12/14 | Communications with in house counsel regarding Citi's investigation of Ramchandani's FX trading conduct; 8. In house commns re RR commns | Public Relations staff present |
| 19 | 1128 | 6/16/14 | Outside counsel's work product memorandum prepared after counsel's June 11, 2014 meeting with the DOJ, CFTC, FRBNY and the OCC | Memo of Gov't Meetings |
| 20 | 1129 | 6/17/14 | Outside counsel's work product memorandum prepared after counsel's January 30, 2014 meeting with the DOJ and CFTC | Memo of Gov't Meetings |
| 21 | 1130 | 8/21/14 | Outside counsel's work product memorandum prepared after counsel's March 5, 2014 meeting with the DOJ, CFTC, FRBNY and the OCC | Memo of Gov't Meetings |
| 22 | 1131 | 11/14/14 | Outside counsel's work product memorandum prepared after counsel's October 22, 2014 meeting with the DOJ | Memo of Gov't Meetings |
| 23 | 1132 | 11/17/14 | Outside counsel's work product memorandum prepared after counsel's November 12, 2014 meeting with the DOJ Antitrust Division | Memo of Gov't Meetings |
| 24 | 1133 | 3/23/15 | Outside counsel's work product memorandum prepared after counsel's March 9, 2015 meeting with the DOJ | Memo of Gov't Meetings |
| 25 | 1134 | 3/27/15 | Outside counsel's work product memorandum prepared after counsel's March 24, 2015 meeting with the DOJ Antitrust Division | Memo of Gov't Meetings |
| 26 | 1135 | 4/6/15 | Outside counsel's work product memorandum prepared after counsel's April 2, 2015 meeting with the DOJ Antitrust Division | Memo of Gov't Meetings |
| 27 | 1136 | 4/15/15 | Outside counsel's work product memorandum prepared after counsel's April 9, 2015 meeting with the DOJ | Memo of Gov't Meetings |
| 28 | 1137 | 12/17/14 | Outside counsel's work product notes prepared after counsel's December 15, 2015 call with the DOJ | Memo of Gov't Meetings |
| 29 | 1138 | 3/10/15 | Outside counsel's work product notes prepared after counsel's March 9, 2015 meeting with the DOJ Fraud Division | Memo of Gov't Meetings |

Confidential

PLAINTIFF'S SELECTION OF FIFTY DOCUMENTS FOR IN CAMERA REVIEW
PURSUANT TO ORDER OF COURT DATED APRIL, 2022
Page 3

| Total | Def # | Date | Defs' Description | Pl's Note |
|---|---|---|---|---|
| 30 | 1139 | 11/11/14 | Outside counsel's work product notes prepared after counsel's November 10, 2014 call with the DOJ Fraud and Antitrust Divisions and the FBI | Memo of Gov't Meetings |
| 31 | 1140 | 5/7/14 | Outside counsel's work product notes prepared after counsel's May 2, 2014 call with the DOJ Fraud and Antitrust Divisions | Memo of Gov't Meetings |
| 32 | 1141 | 10/14/14 | Outside counsel's work product notes prepared after counsel's October 14, 2014 call with the DOJ Fraud and Antitrust Divisions, CFTC and FBI | Memo of Gov't Meetings |
| 33 | 1142 | 2/19/15 | Outside counsel's work product notes prepared after counsel's February 19, 2015 meeting with the DOJ Fraud and Antitrust Divisions | Memo of Gov't Meetings |
| 34 | 805 | 1/10/14 | Communications with in house counsel regarding Citi's strategy<br>for communicating with the press | Press Strategy |
| 35 | 959 | 6/11/13 | Communications with in house counsel regarding Citi's investigation of Ramchandani's FX trading conduct; 7. In house<br>commns re press strategy | Press Strategy |
| 36 | 973 | 1/10/14 | Communications between non-lawyers reflecting legal advice and/or in furtherance of rendering legal advice regarding Citi's<br>strategy for communicating with the press | Public Relations staff present |
| 37 | 1005 | 10/30/13 | Redaction of communications with in house counsel regarding Citi's stratgegy for communicating with the press | Public Relations staff present |
| 38 | 1029 | 1/10/14 | Redaction of communications between non-lawyers reflecting legal advice and communications with in house counsel regarding Ramchandani's suspension, termination and/or cancellation of compensation and Citi's strategy for communicating with the press | Public Relations staff present |
| 39 | 1031 | 10/10/18 | Redaction of communications with in house counsel regarding<br>the Department of Justice's FX investigation and Citi's investigation of Ramchandani's FX trading conduct | Public Relations staff present |
| 40 | 1076 | 1/10/17 | Redaction of communications with in house counsel regarding<br>the Department of Justice's FX investigation | Public Relations staff present |
| 41 | 633 | 5/20/15 | Communications between non-lawyers reflecting legal advice and/or made in furtherance of rendering legal advice in connection with Citi's guilty plea in the FX investigation | Non-lawyer communication |
| 42 | 1002 | 1/15/14 | Communications with in house counsel regarding Ramchandani's suspension, termination and/or cancellation of compensation | Pl's Termination |

**From Defendants' April 19, 2022 Categorical Privilege Log**

| Total | Def # | Date | Defs' Description | Pl's Note |
|---|---|---|---|---|
| 43 | 113 | 10/31/13 | RE: FX investigations--privileged and confidential | Public Relations staff present |

Confidential
PLAINTIFF'S SELECTION OF FIFTY DOCUMENTS FOR IN CAMERA REVIEW
PURSUANT TO ORDER OF COURT DATED APRIL, 2022
Page 4

| Total | Def # | Date | Defs' Description | Pl's Note |
|-------|-------|------|------------------|-----------|
| 44 | 930 | 4/14/15 | RE: Talking Points for DOJ FX Call re Entity - privileged and confidential | Talking points for DOJ Call |
| 45 | 978 | 1/10/17 | FW: Update on DOJ Charging Decisions - privileged & confidential | DOJ Charging decisions |
| 46 | 997 | 4/3/14 | FW: Privileged and Confidential -- New DOJ Request | New DOJ Request |
| 47 | 1193 | 4/14/15 | RE: Talking Points for DOJ FX Call re Entity - privileged and confidential | Talking points for DOJ Call |
| 48 | 1265 | 1/5/17 | RE: Call with Carrie Syme (DOJ) | Call with DOJ |

**From Defendants' May 19, 2022 Second Supplemental Privilege Log**

| Total | Def # | Date | Defs' Description | Pl's Note |
|-------|-------|------|------------------|-----------|
| 49 | 1 | 3/2/14 | 1/31/14 Presentation to FRBNY and OCC | Notes of Gov't Meeting |
| 50 | 2 | 2/6/15 | DOJ Meeting Feb 4 2015 | Notes of Gov't Meeting |