# EXHIBITS B-D

Submitted Separately Under Seal