**From:** Rubin, Samuel J. <SRubin@goodwinlaw.com>
**Sent:** Friday, April 8, 2022 2:04 PM
**To:** David Lurie <david@davidlurielaw.com>; Fishman, Marshall H. <MFishman@goodwinlaw.com>
**Cc:** Gary Greenberg <gg@ggreenberglaw.com>
**Subject:** RE: Ramchandani v. Citi

David,

We will be representing Mr. Ferguson but are not authorized to accept service of a subpoena for Mr. Ferguson who, as you know, resides in the United Kingdom.  We expect to represent Mr. Forese and will revert once we have confirmed the same.  All rights reserved.

Sam

**Samuel J. Rubin**



o  +1 212 813 8852

Exhibit 1