UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK    Attorney: GARY GREENBERG, ESQ.

---

ROHAN RAMCHANDANI

                                                Plaintiff(s)

                - against -

CITIGROUP, INC., ETAL

                                                Defendant(s)

Index # 1:19-CV-9124
Court Date July 14, 2022

**AFFIDAVIT OF SERVICE**

Witness Fee Tendered: $40.00

---

STATE OF CT : COUNTY OF Hartford ss:

Eric Rubin BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES AT ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, ▮▮▮▮▮

That on June 30, 2022 at 01:50 PM at

▮▮▮▮▮▮▮▮▮▮, CT 06840-2200

deponent served the within SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION, NOTICE OF DEPOSITION on JAMES FORESE therein named,

**SUITABLE AGE**  by delivering thereat a true copy of each to NANCY SAMANIGO a person of suitable age and discretion. Said premises is Witness's dwelling house within the state. She identified herself as the DOMESTIC EMPLOYEE of the Witness.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | TAN | BLACK | 40 | 5'4 | 125 |

Sworn to me on: 5TH July, 2022

Notary: AMY J. CHANTRY
NOTARY PUBLIC
MY COMMISSION EXPIRES 3/31/23

Server: Eric Rubin
Invoice #: 788037

UNITED PROCESS SERVICE, INC., 225 BROADWAY, SUITE 440, NEW YORK, NY 10007 - (212) 619-0728 NYCDCA#1102045

Exhibit 3

UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK    Attorney:  GARY GREENBERG, ESQ.

ROHAN RAMCHANDANI

Plaintiff(s)

- against -

Index # 1:19-CV-9124
Court Date July 14, 2022

CITIGROUP, INC., ETAL

Defendant(s)

Mail Date July 1, 2022

**AFFIDAVIT OF MAILING**

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

Witness Fee Tendered: $40.00

CHRISTOPHER J. KLEIN BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on July 1, 2022 at a regular depository maintained by the United States Post Office deponent mailed a copy of the SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION, NOTICE OF DEPOSITION to JAMES FORESE at

[REDACTED]

Copy was mailed REGULAR FIRST CLASS MAIL,  and was marked personal & confidential and not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

Sworn to me on: July 1, 2022

JOSEPH KNIGHT
Notary Public, State of New York
No. 01KN6178241
Qualified In New York County
Commission Expires November 26, 2023

VINETTA BREWER
Notary Public, State of New York
No. 01BR4949206
Qualified in Bronx County
Commission Expires April 3, 2023

JOEL GRABER
Notary Public, State of New York
No. 02GR4699723
Qualified in New York County
Commission Expires February 10, 2026

CHRISTOPHER J. KLEIN
License #: 1188546
Invoice #: 788037

UNITED PROCESS SERVICE, INC., 225 BROADWAY, SUITE 440, NEW YORK, NY  10007 - (212) 619-0728  NYCDCA#1102045

Exhibit 3