**From:** Rubin, Samuel J. <SRubin@goodwinlaw.com>
**Sent:** Thursday, July 7, 2022 2:31 PM
**To:** Gary Greenberg <gg@ggreenberglaw.com>
**Cc:** Fishman, Marshall H. <MFishman@goodwinlaw.com>; Harrington, William <WHarrington@goodwinlaw.com>; Hoyle, Lindsay E <LHoyle@goodwinlaw.com>
**Subject:** RE: 7/8/2022; Ramchandani, Rohan v Citigroup, Inc., et al; Assignment No. 5312369; Status: Scheduled

Thanks Gary.  Re. Messrs. Kolodner and Ybarra, we'll do the same; please send us the links and be sure to copy Bill Harrington (cc'd here as well).  Re. Mr. Feig, we did not settle on final logistics apart from it being on July 14.  What time do you want to start; we do not expect to need much time with him so assume you'll take the lead and please just save us 2 hours at the end.  Re. Mr. Forese, please send us the proof of service.  Thanks.

Sam

**Samuel J. Rubin**



o  +1 212 813 8852


**From:** Gary Greenberg <gg@ggreenberglaw.com>
**Sent:** Thursday, July 7, 2022 10:16 AM
**To:** Rubin, Samuel J. <SRubin@goodwinlaw.com>
**Subject:** Re: 7/8/2022; Ramchandani, Rohan v Citigroup, Inc., et al; Assignment No. 5312369; Status: Scheduled

***EXTERNAL***
Thanks, what about Mr. Kolodner, Mssrs Feig, Forese and Ybarra? Mr. Forese has been served but I have not heard from him yet..
-gg

**Please Note New Address**
_____
Gary Greenberg
99 Hudson Street, 5th Floor
New York, NY 10013
(212) 765-5770
gg@ggreenberglaw.com

Exhibit 5