**From:** Gary Greenberg <gg@ggreenberglaw.com>
**Sent:** Tuesday, July 12, 2022 11:39 AM
**To:** Rubin, Samuel J. <SRubin@goodwinlaw.com>
**Cc:** David Lurie <david@davidlurielaw.com>
**Subject:** Mr. Forese

Sam, Affidavit of Service attached

-gg

Please Note New Address
_____
Gary Greenberg
99 Hudson Street, 5th Floor
New York, NY 10013
(212) 765-5770
gg@ggreenberglaw.com

Exhibit 6