**From:** Rubin, Samuel J. <SRubin@goodwinlaw.com>
**Sent:** Thursday, July 14, 2022 6:23 PM
**To:** Gary Greenberg <gg@ggreenberglaw.com>
**Cc:** Fishman, Marshall H. <MFishman@goodwinlaw.com>; Harrington, William <WHarrington@goodwinlaw.com>; Hoyle, Lindsay E <LHoyle@goodwinlaw.com>
**Subject:** RE: Forese

Gary,

As we've told you we do not represent Mr. Forese. Citi's in-house counsel has been in touch with Mr. Forese, and he does not waive service. Based on the face of the affidavit of service you supplied, which does not reflect personal service on Mr. Forese as required per Rule 45, we do not understand that Plaintiff has established service of process for his deposition. Once Mr. Forese is properly served, please let us know.

Sam

**Samuel J. Rubin**



o  +1 212 813 8852


**From:** Gary Greenberg <gg@ggreenberglaw.com>
**Sent:** Thursday, July 14, 2022 5:03 PM
**To:** Rubin, Samuel J. <SRubin@goodwinlaw.com>
**Subject:** Re: Forese

***EXTERNAL***
Sam, following up on this email I sent you earlier today.
-gg

### Please Note New Address
_____
Gary Greenberg
99 Hudson Street, 5th Floor
New York, NY 10013
(212) 765-5770
gg@ggreenberglaw.com


On Thu, Jul 14, 2022 at 12:46 PM Gary Greenberg <gg@ggreenberglaw.com> wrote:

Exhibit 7

Sam, Forese was subpoenaed but I have not heard from him.  Have you?  If not, can I have his contact info?

-gg

**Please Note New Address**
_____
Gary Greenberg
99 Hudson Street, 5th Floor
New York, NY 10013
(212) 765-5770
gg@ggreenberglaw.com

Exhibit 7