**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

ROHAN RAMCHANDANI,

                    Plaintiff,

          - against -

CITIBANK NATIONAL ASSOCIATION, ET AL.,

                    Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/17/22

**19 Civ. 9124 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The Court is aware that discovery in this matter was completed as of August 15, 2022. The parties are directed to notify the Court by August 24, 2022, whether they contemplate additional motion practice. If the parties contemplate additional motion practice, the parties shall further notify the Court, by August 24, 2022, of the dates by which they intend to submit premotion letters, in accordance with the Court's Individual Practices, prior to filing any such motion.

**SO ORDERED.**

Dated:     August 17, 2022
           New York, New York

_____
          Victor Marrero
          U.S.D.J.

1