UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/24/22
```

ROHAN RAMCHANDANI,

              Plaintiff,

  - against -

CITIGROUP INC., et al.,

              Defendants.

**19 Civ. 9124 (VM)**

**ORDER**

**VICTOR MARRERO**, United States District Judge.

    Defendants Citigroup Inc., Citicorp LLC, and Citibank N.A., are directed to file, by September 14, 2022, a pre-motion letter setting forth the grounds for their anticipated motion for summary judgment. Plaintiff Rohan Ramchandani shall file his response by October 5, 2022.

**SO ORDERED.**

Dated: August 24, 2022
       New York, New York

_____
**VICTOR MARRERO**
      U.S.D.J.