**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/6/2022
```

---

ROHAN RAMCHANDANI,

                          Plaintiff,

            - against -

CITIGROUP, INC. et al.,

                          Defendants.

**19 Civ. 9124 (VM)**

<u>ORDER</u>

---

**VICTOR MARRERO, United States District Judge.**

The parties' requests to seal certain confidential materials included within their pre-motion letters (<u>see</u> Dkt. Nos. 130 and 134) are GRANTED. The parties are directed to file redacted versions of the letters on the public docket, to the extent they have not already done so.

**SO ORDERED.**

Dated:      October 6, 2022
            New York, New York

                              _____
                                    Victor Marrero
                                       U.S.D.J.

1