# LAW OFFICE OF GARY GREENBERG, ESQ.

*99 Hudson Street, 5th Floor*
*New York, New York 10013*

*Phone: 212-765-5770*
*E-mail:gg@ggreenberglaw.com*

October 17, 2022

BY ECF
The Honorable Victor Marrero
United States District Court
 for the Southern District of New York
500 Pearl Street, Room 1040
New York, New York 10007

        Re: Rohan Ramchandani v. Citigroup, Inc., et al.,
          Civil Action No. 1:19-cv-9124 (VM) (SDA)

Dear Judge Marrero:

  I am co-counsel to the Plaintiff, and file this letter motion to seal ECF Document #137, a redacted letter to the Court dated October 5, 2022 (filed pursuant to this Court's Order dated October 6, 2022, ECF#136).

  This afternoon, co-counsel David Lurie received a call from a media representative who claimed that, using a program, he was able to "unredact" the redacted portions of the October 5, 2022 letter. I immediately called the SDNY Help Desk, and they have temporarily sealed ECF#137 pending this application to the Court. I should note that the Help Desk advised me that they had examined ECF#137 and it appeared to be redacted. Nevertheless, out of an excess of caution, I am filing this letter motion to request that ECF#137 be ordered sealed, so that I can replace it with a substitute redacted copy of the October 5, 2022 letter that would be impervious to "unredacting."

  Thank you for your consideration.

                Respectfully Submitted,

                Gary Greenberg