```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/18/2022
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

ROHAN RAMCHANDANI,

                  Plaintiff,

    - against -

CITIGROUP INC., et al.,

                  Defendant.

**19 Civ. 9124 (VM)**

**ORDER**

---

**VICTOR MARRERO, United States District Judge.**

Pursuant to the Court's order adopting the parties' proposed schedule (see Dkt. No. 129), on September 14, 2022, Defendants Citigroup, Inc., Citicorp LLC, and Citibank, N.A. ("Defendants") filed a letter requesting a pre-motion conference or a briefing schedule and setting forth the grounds for their anticipated motion for summary judgment. (See Dkt. No. 131.) Plaintiff, Rohan Ramchandani ("Plaintiff") filed its response on October 5, 2022. (See Dkt. No. 135.) Upon reviewing the parties' submissions, the Court is not persuaded that a pre-motion conference is necessary. Defendants' request for a pre-motion conference (Dkt. No. 131.) is **DENIED**. Defendants' request for a briefing schedule is **GRANTED**. The parties are directed to submit, within one week of the date of this order, a proposed briefing schedule for Defendants' opening motion for summary judgment,

Plaintiff's opposition, and Defendants' reply in support of its summary judgment motion.

**SO ORDERED.**

Dated:   18 October 2022
         New York, New York

_____
                        Victor Marrero
                            U.S.D.J.

2