```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/18/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROHAN RAMCHANDANI,

                Plaintiff,

- against -

CITIGROUP, INC., et al.,

                Defendants.

**19 Civ. 9124 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    The Court has reviewed Plaintiff's letter (see Dkt. No. 138) requesting to seal the redacted letter to the Court filed October 5, 2022 (see Dkt. No. 137). The Court grants Plaintiff's request and directs that the document filed at Docket Number 137 be sealed. Plaintiff shall file a substitute copy of the redacted October 5, 2022 letter.

**SO ORDERED.**

Dated:    18 October 2022
            New York, New York

                                  _____
                                    Victor Marrero
                                      U.S.D.J.