October 24, 2022

**VIA ECF**

The Honorable Victor Marrero
United States District Judge
United States District Court for the Southern District of New York
500 Pearl Street, Suite 1040
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/26/2022
```

*Re:*   *Ramchandani v. Citigroup, Inc., et al.,* **19-cv-09124 (VM)**

Dear Judge Marrero:

The parties write jointly on behalf of Plaintiff Rohan Ramchandani ("Plaintiff") and Defendants Citigroup Inc., Citicorp LLC and Citibank, N.A. (collectively "Defendants"), pursuant to Your Honor's Order dated October 18, 2022 directing the parties to submit a proposed briefing schedule for Defendants' motion for summary judgment. The parties met and conferred and have agreed upon the following proposed briefing schedule for Your Honor's consideration:

- Defendants' Motion and opening papers due: December 9, 2022
- Plaintiff's opposition due: February 1, 2023
- Defendants' reply due: February 22, 2023

Respectfully submitted,

| **LAW OFFICE OF DAVID R. LURIE, PLLC** | **GOODWIN PROCTER LLP** |
| --- | --- |
| By: /s/ David R. Lurie | By: /s/ Marshall H. Fishman |
| David R. Lurie | Marshall H. Fishman |
| 194 President Street | Samuel J. Rubin |
| Brooklyn, New York 11231 | William J. Harrington |
| Telephone: (347) 651-0194 | Lindsay E. Hoyle |
| david@davidlurielaw.com | The New York Times Building |
|  | 620 Eighth Avenue |
| **GARY GREENBERG, ESQ.** | New York, NY 10018 |
|  | Telephone: (212) 813-8800 |
|  | Facsimile: (212) 355-3333 |
| By: /s/ Gary Greenberg | mfishman@goodwinlaw.com |
| Gary Greenberg, Esq. | srubin@goodwinlaw.com |
| 99 Hudson Street, 5th Floor | wharrington@goodwinlaw.com |
| New York, NY 10013 | lhoyle@goodwinlaw.com |
| (212) 765-5770 |  |
| gg@ggreenberglaw.com | *Counsel for Defendants* |
| *Counsel for Plaintiff* |  |

cc:   All counsel of record (*via* e-mail)



Request **GRANTED.** The parties' proposed schedule is adopted. Opening brief in support of summary judgment due December 9, 2022; Opposition due February 1, 2023; Reply due February 22, 2023.

**SO ORDERED.**

10/26/2022
DATE                    VICTOR MARRERO, U.S.D.J.