USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/13/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROHAN RAMCHANDANI,

    Plaintiff,

v.

CITIGROUP, INC., CITICORP, and CITIBANK, N.A.,

    Defendants.

No. 1:19-cv-9124 (VM) (SDA)

## ORDER GRANTING STIPULATION CONCERNING THE FILING OF PORTIONS OF DOCUMENTS AS EXHIBITS IN CONNECTION WITH DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Plaintiff Rohan Ramchandani and Defendants Citigroup Inc., Citicorp, and Citibank, N.A. (collectively, "Citi") (together, the "Parties") stipulate, pursuant to Section II.E.2 of the Court's Individual Practices that, with regard to the following identified portions of excerpted transcripts, the Parties are: (1) familiar with the full contents of such transcripts; (2) possess and each will maintain a copy of such entire transcripts in their respective case files until after a final court disposition of this action; and (3) that the excerpted transcripts are authentic copies:

- Deposition transcript of Rohan Ramchandani taken on April 26, 2022;
- Deposition transcript James Forese taken on August 3, 2022;
- Deposition transcript of Jeffrey Feig on July 14, 2022;
- Deposition of the Department of Justice ("DOJ") representative, Carrie Syme taken on April 4, 2022;
- Publicly-available ECF transcripts filed in *United States v. Usher et al.*, 17 Cr. 19 (RMB) (S.D.N.Y.); and
- Transcript of Grand Jury proceedings transcribed on May 5, 2016 and annexed to the April 4, 2022 DOJ deposition Transcript at Exhibit 17.

Dated: December 9, 2022
New York, New York

**GOODWIN PROCTER LLP**

By: /s/ Marshall H. Fishman
Marshall H. Fishman
Samuel J. Rubin
Elizabeth M. Zito
Lindsay E. Hoyle
The New York Times Building
620 Eighth Avenue
New York, New York 10018
Tel. (212) 813-8800
Fax (212) 355-3333
mfishman@goodwinlaw.com

*Attorneys for Defendants Citigroup Inc., Citicorp, and Citibank, N.A.*

**LAW OFFICE OF DAVID R. LURIE, PLLC**

By: /s/ David R. Lurie

194 President Street
Brooklyn, New York 11231
Telephone: (347) 651-0194
david@davidlurielaw.com

**LAW OFFICE OF GARY GREENBERG, ESQ.**

Gary Greenberg
666 Third Avenue, 10th Floor
New York, New York 10017
Telephone: (212) 765-5770
gg@greenberglaw.com

*Counsel for Plaintiff*

SO ORDERED _____   DATE: 12/13/2022

Judge Victor Marrero