```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/02/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROHAN RAMCHANDANI,

                Plaintiff,

- against -

CITIGROUP, INC., CITICORP, and CITIBANK N.A.,

                Defendants.

---

**19 Civ. 9124 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

Plaintiff's request to seal portions its Memorandum of Law in Opposition to Defendants' Motion for Summary Judgment and accompanying documents (Dkt. No. 155) is GRANTED. Plaintiff is directed to publicly file redacted versions.

**SO ORDERED.**

Dated:    2 February 2023
            New York, New York

                                            _____
                                              Victor Marrero
                                                U.S.D.J.