**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

ROHAN RAMCHANDANI,

       Plaintiff,

    v.

CITIGROUP, INC., CITICORP, and CITIBANK,
N.A.,

       Defendants.

No. 1:19-cv-9124 (VM) (SDA)

**STIPULATION CONCERNING THE FILING OF**
**PORTIONS OF DOCUMENTS AS EXHIBITS IN CONNECTION WITH**
**DEFENDANTS' REPLY IN FURTHER SUPPORT OF**
**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Plaintiff Rohan Ramchandani and Defendants Citigroup Inc., Citicorp, and Citibank, N.A. (collectively, "Citi") (together, the "Parties") stipulate, pursuant to Section II.E.2 of the Court's Individual Practices that, with regard to the following identified portions of excerpted transcripts, filed as exhibits to the Supplemental Declaration of Marshall H. Fishman, that the Parties are: (1) familiar with the full contents of such transcripts; (2) possess and each will maintain a copy of such entire transcripts in their respective case files until after a final court disposition of this action; and (3) that the excerpted transcripts are authentic copies:

- Deposition transcript of Rohan Ramchandani taken on April 26, 2022;
- Deposition transcript of James Forese taken on August 3, 2022;
- Deposition transcript of Jeffrey Feig taken on July 14, 2022;
- Deposition transcript of Francisco Fernandez de Ybarra taken on July 15, 2022;
- Deposition transcript of Jonathan Kolodner taken on July 13, 2022;
- Deposition transcript of Danielle Romero-Apsilos taken on July 11, 2022;
- Deposition transcript of the Department of Justice ("DOJ") representative, Carrie Syme taken on April 4, 2022.

- Publicly-available ECF transcripts filed in *United States v. Usher et al.*, 17 Cr. 19 (RMB) (S.D.N.Y.);

- Transcript of Grand Jury proceedings transcribed on May 5, 2016 and annexed to the April 4, 2022 DOJ deposition Transcript at Exhibit 17;

Dated: February 22, 2023
      New York, New York

                                   **GOODWIN PROCTER LLP**

                              By:  /s/ Marshall H. Fishman
                                   Marshall H. Fishman
                                   Samuel J. Rubin
                                   Elizabeth M. Zito
                                   Lindsay E. Hoyle
                                   The New York Times Building
                                   620 Eighth Avenue
                                   New York, New York 10018
                                   Tel. (212) 813-8800
                                   Fax (212) 355-3333
                                   mfishman@goodwinlaw.com

                                   *Attorneys for Defendants Citigroup Inc.,*
                                   *Citicorp, and Citibank, N.A.*

                                   **LAW OFFICE OF DAVID R. LURIE, PLLC**
                                   194 President Street
                                   Brooklyn, New York 11231
                                   Telephone: (347) 651-0194
                                   david@davidlurielaw.com

                                   **LAW OFFICE OF GARY GREENBERG, ESQ.**

                                  By:_____
                                   Gary Greenberg
                                   99 Hudson Street, 5th Floor
                                   New York, NY 10013
                                   Telephone: (212) 765-5770
                                   gg@greenberglaw.com

                                   *Counsel for Plaintiff*

       SO ORDERED _____ DATE:
                  Judge Victor Marrero