UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/10/2023
```

ROHAN RAMCHANDANI,

                Plaintiff,

- against -

CITIGROUP, INC. et al.,

                Defendants.

**19 Civ. 9124 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    On July 19, 2023, the Court entered a Decision and Order (the "D&O"), under seal, granting the defendants' motion for summary judgment and directed the parties to file joint proposed redactions to certain portions of the D&O. (See Dkt. No. 172.) Unable to agree on the scope of the proposed redaction, the parties filed a joint letter with competing proposals. (See Dkt. Nos. 178-79.) The primary objection to the breadth of the redactions relates to two categories of information: (1) materials produced subject to a Federal Rule of Criminal Procedure 6(e) Order, relating to grand jury materials (see Dkt. No. 44); and (2) the Department of Justice's ("DOJ") notes from the underlying criminal investigation and its testimony given in this matter, which were designated confidential by the DOJ.

    As an initial means of resolving the disagreement over, at least, the information comprising category (2) above, the

1

parties propose that the DOJ be given the opportunity to review the proposed redactions and weigh in on the need for continued confidentiality of those materials.

Accordingly, it is hereby

**ORDERED** that, within seven (7) days of the date of this Order, the Department of Justice ("DOJ") is directed to review the parties' proposed redactions to the Court's Decision and Order dated July 19, 2023, insofar as the redactions relate to the DOJ, and state its position on the continued need for confidential treatment of those materials.

**SO ORDERED.**

Dated:   August 10, 2023
         New York, New York

_____
Victor Marrero
U.S.D.J.