

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

August 16, 2023

**By ECF**
Hon. Victor Marrero
United States District Judge
500 Pearl Street, Room 1610
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/17/2023
```

Re:   *Ramchandani v. Citibank National Association. et al.*, 19 Civ. 9124 (VM)

Dear Judge Marrero:

This Office represents non-party the United States Department of Justice ("DOJ") in connection with the above-referenced matter. We write respectfully to request a one-week extension of time, from August 17 until August 24, 2023, to respond to the Court's Order dated August 10, 2023 (ECF No. 180) (the "Order"), directing DOJ to state its position on the continued need for confidential treatment of the materials proposed for redaction in the Court's Decision and Order entered on July 19, 2023. This Office received notice of the Court's Order on Friday, August 11, 2023, and the undersigned was out of the office on vacation from August 12 through August 15. Accordingly, DOJ needs an additional week to respond to the Order.

Counsel for both the plaintiff and defendants do not object to this request. No prior extension of this deadline has been requested. I apologize for submitting this request only one day before the deadline.

Thank you for your attention to this request.

Respectfully,

DAMIAN WILLIAMS
United States Attorney

By:   ___/s/ Jeffrey Oestericher_____
JEFFREY OESTERICHER
Assistant United States Attorney
Tel:  (212) 637-2695
Fax:  (212) 637-2680
Email: jeffrey.oestericher@usdoj.gov

cc:   Samuel Rubin, Esq
David Lurie, Esq.

**Request GRANTED.** The DOJ shall state its position on the continued need for confidential treatment of the materials by August 24, 2023.

**SO ORDERED.**
08/17/2023
DATE                                    VICTOR MARRERO, U.S.D.J.