```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/18/2023
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

ROHAN RAMCHANDANI,

                Plaintiff,

   - against -

CITIBANK NATIONAL ASSOCIATION, et al.,

                Defendants.

---

**19 Civ. 9124 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    On July 19, 2023, the Court entered a Decision and Order ("D&O") in this action granting the motion for summary judgment brought by defendants CitiBank National Association, CitiGroup Inc., and Citicorp (together, "Citi"). (See Dkt. No. 172.) The Court filed the D&O under seal due to its inclusion of materials the Court previously found were not fit for public disclosure. Those materials included information marked highly confidential and subject to a protective order, grand jury testimony, and other documents privileged against disclosure. (See, e.g., Dkt. Nos. 153, 157, 167.) The Court directed the parties to file proposed redactions to the D&O.

    Unable to agree on the scope of proposed redactions, the parties requested that the Court direct the Department of Justice to state its position on the continued need for confidential treatment of the materials. (See Dkt. No. 180.)

1

The DOJ advised that it believed the materials should continue to be treated confidentially and believed that the redactions proposed by Citi were appropriate. (See Dkt. No. 184.)

Accordingly, and primarily for the reasons adopted by Court in initially finding that sealing of the materials was appropriate (see, e.g., Dkt. Nos. 153, 157, 167), Citi's proposed redactions to the D&O (Dkt. No. 179-1) are **APPROVED,** and Plaintiff's proposed redactions (Dkt. No. 179-2) are **REJECTED**. The parties are directed to file the redacted version of the D&O within five (5) days of the date of this Order.

**SO ORDERED.**

Dated:    18 August 2023
          New York, New York

_____
Victor Marrero
U.S.D.J.