

Samuel J. Rubin
+1 212 813 8852
SRubin@goodwinlaw.com

Goodwin Procter LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018

goodwinlaw.com
+1 212 813 8800

August 21, 2023

**VIA ECF**

The Honorable Victor Marrero
United States District Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10017-1312

Re:   **Ramchandani v. Citigroup Inc., No. 19 Civ. 9124 (VM)(SDA)**

Dear Judge Marrero:

      We write on behalf of the Defendants in the above-referenced action pursuant to the Court's August 21, 2023 Order (ECF No. 185) approving Defendants' proposed redactions to the Court's July 19, 2023 Decision and Order (ECF No. 172) and directing the parties' to file a redacted version of the Decision and Order. Enclosed as Exhibit A hereto is the redacted version of the Decision and Order.

Respectfully submitted,

/s/ Samuel J. Rubin

Samuel J. Rubin

Enclosure

cc:   David R. Lurie, Esq. (via ECF)
      Gary H. Greenberg, Esq. (via ECF)